1 **WO**
2
3
4
5
6 IN THE UNITED STATES DISTRICT COURT
7 FOR THE DISTRICT OF ARIZONA
8
9 United States of America,           )
                                      )
10        Plaintiff,                  )     **06-7111m**
                                      )
11 vs.                                )
                                      )
12                                    )     **MATERIAL WITNESS ORDER**
   Ismenia Parra,                     )
13                                    )
          Defendant.                  )
14                                    )
                                      )
15

16   Defendant, Ismenia Parra having been charged in the District of Arizona with a violation
17 of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and the Magistrate Judge having
18 determined from the affidavit of Luis Armendariz filed in this case, the following persons
19 can provide testimony that is material to the offense(s) alleged in the complaint :
20        1-Javier Mondragon-Torres
21
22   The Magistrate Judge finds that it may become impracticable to secure the presence of the
23 witness(es) by subpoena in further proceedings because they are not in the United States
24 legally and have no legal residence or employment in this Country.
25   IT IS ORDERED that the witness(es) shall be detained pursuant to 18 USC § 3144 in a
26 corrections facility separate, to the extent practicable, from persons awaiting or serving
27
28

1   sentences or being held in custody pending appeal.  The witness(es) shall be afforded a
2   reasonable opportunity for private consultation with counsel.
3      DATED this 4th day of May, 2006.

_____
Edward C. Voss
United States Magistrate Judge

- 2 -