# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | NO. 06-7111M |
| v. | **Order:** |
| ISMENIA PARRA, | |
| Defendant. | |

Pursuant to Defendant, Ismenia Parra's Motion to Continue the Self-Surrender date,

IT IS FURTHER ORDERED continuing the Self-Surrender date to June 26, 2006 at 4:00 p.m. The Court specifically finds that the ends of justice served by granting a continuance outweighs the best interests of the public and the Defendant.

Excludable time under 18 USC § 3161(h)(1)(F) and (8)(A) will commence on_____ for a period of _____ days.

DATED this 23rd day of June, 2006.

Edward C. Voss
United States Magistrate Judge